TAGGART ET AL. *v.* THE STATE, EX REL. HAMLIN TOWN-SHIP.

From the Brown Circuit Court.

*F. T. Hord,* for appellants.

*W. R. Harrison, W. S. Shirley,* and *W. G. Quick,* for appellee.

BUSKIRK, C. J.—This case is the same as that of *Taggart* v. *The State, ex rel. Jackson Township, ante,* p. 42; and, for the reasons there stated, this judgment must be reversed.

The judgment is reversed, with costs; and the cause is remanded, with the same directions as in the above cited case.